■ RAYMOND BROOKS, as Administrator of the Estate of ELAINE BROOKS, Deceased, et al., Respondents-Appellants, v HARTFORD FIRE INSURANCE COMPANY et al., Appellants-Respondents. [855 NYS2d 395]—Appeal and cross appeal from an order of the Supreme Court, Wayne County (Dennis M. Kehoe, A.J.), entered May 29, 2007 in an action pursuant to Insurance Law § 3420. The order denied defendants' motion and plaintiffs' cross motion for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Hurlbutt, J.P., Martoche, Fahey, Green and Gorski, JJ. [See 2007 NY Slip Op 31749(U) (2007).]

■ MICHAEL T. DONOGHUE, Appellant, v DANIELLE L. BRAHM, Respondent. [855 NYS2d 409]—Appeal from a judgment of the Supreme Court, Monroe County (David D. Egan, J.), entered February 21, 2007 in a personal injury action. The judgment dismissed the complaint upon a jury verdict of no cause of action.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Hurlbutt, J.P., Martoche, Fahey, Green and Gorski, JJ.